# EXHIBIT A

| From: | Gregory Novak |
|---|---|
| Sent: | Thursday, September 24, 2020 4:37 PM |
| To: | CMTaroneLaw@hotmail.com; jclifford@cliffordgarde.com |
| Cc: | Burt Amernick; Tracy Druce; Matt Todd; Hank Petri; Suni Sukduang; Taras Gracey; Shaleez Ozlat; Gregory Novak |
| Subject: | The ND Defendants' Azure Search Costing and Clarification of Ground Rules on IT Consultant Discussions |
| Attachments: | 2020.09.23 - Disco Estimate for Processing ND Azure Hosted Data.pdf; ATT00001.htm; 2020.09.23 - UnitedLex Estimate for Processing ND Azure Hosted Data.pdf; ATT00002.htm |

Dear Messrs. Tarone and Clifford,

Further to our agreement reached with the Court , below are the costings for initial processing of the ND Azure environment for any searches that Arochi may want to undertake after such required initial processing is had. As noted , search string processing costs are above the initial processing costs. Again, this is fully in line with what was presented in today's arguments to the Court and explanation of the costs associated with accessing potential discovery desired by Arochi within the ND Azure environment. This information should also be helpful to Arochi's IT Consultant in understanding the approaches taken by United Lex ( and the comparison pricing alternative received from DISCO).

As explained today , in view of your assertions that Arochi's present IT consultant (David DiGiovanni) was unavailable until Friday (24 Sept 2020) or Monday (28 Sept 2020) to meet with the ND Defendants' IT consultants at UnitedLex; and, given the resistance of Arochi's counsel to provide revised search strings , the attached written cost projections were obtained yesterday to facilitate progress. These cost projections also clarify that search strings do not impact the initial costing.

Arochi , Arochi's counsel, Arochi's IT expert , or any other person or entity under your control involved in this litigation, or otherwise, IS NOT TO MAKE ANY CONTACT with either United Lex or DISCO with regard to the cost projections we are providing below.

Rather , once we are able to arrange time windows for our IT Consultant to meet with Arochi's IT Consultant, we will inform you of such available windows, at which time you will select an available window and we will schedule the meeting.

As was earlier provided to Arochi's previous IT consultant Mr. Levine, sufficient information or access will be made through the ND Defendants' IT Consultant at United Lex to facilitate an understanding by your present IT consultant as to how the ND cost projection was made.

As we detailed yesterday to each of you , you will not be permitted to directly interact with the ND IT Consultant or otherwise participate beyond introductions of Mr. DiGiovani if desired. Likewise, we will not interact other than to introduce United Lex.

We will however monitor the discussion and if Mr. DiGiovani / you or any other Arochi IT Consultant ( in the event that Mr. DiGiovani is no longer engaged or involved ) stray into any area beyond the permitted discussion of information for your IT Consultant to arrive at a cost projection on the same Azure information basis as has United Lex, then the ND Defendants will terminate the meeting at once.

For further clarity , the ND Defendants will not permit the types of questions that occurred during Mr. Levine's meetings with United Lex, which were not designed to provide Arochi with information upon which he could provide an independent cost projection , but instead were accusatory , argumentative and challenging to the ND Defendants' IT Consultant and the structure of the ND Azure environment, as Arochi chose to focus on baseless assertions of spoliation and to seek discovery yet again outside of the Rules.

We provide you with the above ground rules to avoid any misunderstandings on your part as to what and what will not be permitted in the discussions between our respective IT Consultants/ experts.

We will provide available windows as soon as we are able to confirm such with our IT Consultants at United Lex, with available widows to be open at the latest this coming Monday, September 28, consistent with the Court's instructions to counsel today.

# ATTACHMENT

| From: | Todd Deaton <todd.deaton@unitedlex.com> |
|---|---|
| Sent: | Wednesday, September 23, 2020 6:57 PM |
| To: | Gregory Novak; Tracy Druce; Matt Todd; Burt Amernick; Suni Sukduang |
| Cc: | Timothy McCorry |
| Subject: | UnitedLex Data Processing Estimate |

**EXTERNAL EMAIL** todd.deaton@unitedlex.com

All,

Based on our initial review of the data located in the Azure environment, the total estimated volume of data that would be subjected to data processing is 14 Terabytes. 14 Terabytes/14,000 GB at a processing rate of $75 per GB would be $1,050,000.00. The $1,050,000.00 cost does not include additional cost that could be incurred for data collections, data hosting, document review, production or associated project management time. The data would require processing ($1,050,000.00) before search terms can be applied.

Please let me know if you have any questions or would like to discuss. Thank you.

Todd A. Deaton
Vice President, Midwest
**UnitedLex**
6130 Sprint Parkway | Suite 300| Overland Park, KS 66214
M 816 500 4164

# ATTACHMENT



# DISCO Estimate for Polsinelli Houston

*Project: Collection and Review of Novack Druce Azure Data*

*Date: September 23, 2020*

## DISCO Executive Profile

DISCO is an end-to-end ediscovery solution that provides next-generation technology and best-in-class services with a turnkey, managed infrastructure delivery model that does not require any investment in software or services. Compared to legacy solutions, DISCO users report a 23% improvement in review throughput, a substantial improvement in reported case team satisfaction, and a 30% reduction in total spend over the life of a case.

CS Disco Inc. was founded in Houston, Texas in 2012. Our customers include more than 400 law firms, corporations, and government entities, including over 75 of the AmLaw 200 and several prominent litigation boutiques. We have more than 3,500 active matters of all sizes. The largest case hosted in DISCO was 24 TB with more than 150 concurrent active reviewers and no degradation in performance.

## Key Differentiators

Some of our key differentiators relative to legacy products are:

- DISCO delivers the **fastest performance** in the industry, with **1/10-second search** and **1/3-second document viewing**, even in databases with more than 100 million documents and even for the largest and most complex file types. Upload up to 4 TB of data per day using DISCO's proprietary high-speed uploader.

- DISCO's **cloud-native review platform** automatically scales to handle matters of any size, with any number of users. DISCO releases new features and enhancements to all matters weekly using software-as-a-service (SaaS) delivery, requiring no upgrades or downtime – our clients have the latest and greatest software at all times.



- DISCO's staff includes former practicing lawyers with experience ranging from AmLaw 50 firms to litigation boutiques; in a weekly meeting called the **Law Review**, these lawyers review all new features and approve them for incorporation into the product only when they are completely intuitive. This means the lawyer **adoption and satisfaction** when using DISCO is unmatched in the industry.

- DISCO's review platform includes **all features for an end-to-end review**, including Westlaw- and Lexis-style search syntax, an interactive search builder, clickable search examples, search history, saved searches, mass tagging and foldering, customizable folders for database organization, batch print to easily export documents for use in witness prep, redactions including mass redactions and redaction reasons, search term highlighting and persistent highlighting, the ability to add your own users with role-based permissions, customizable tags and tag groups, and automatic search result indexes.

- DISCO is designed to be **self-service** – it gives you the freedom to manage all aspects of your matter yourself, from ingesting data, to deleting and producing data. The DISCO Services team is always available if you need us to handle these instead.

- DISCO's **self-service native ingest** removes the need to process data in an outside software – such as Nuix – or transfer data via FTP or FedEx. You can upload data up to 14 times faster than FTP, at speeds up to 4 TB per day, with complete control and visibility into the process.



- **Automated workflow** allows a case team to organize a large review into a series of review stages (for example, "first pass review" or "issue review") with customizable tagging panels and rules. The case team can then see what each reviewer is working on, can control access within a stage at the group level, and can see progress at the group or batch level.

- **Review metrics** provide transparency into overall review progress, including documents remaining, average pace for the review team and for individual reviewers, and an estimated completion date; help you identify problems early in the process, including reviewers who are outliers on specific review decisions or on their overall pace; and summarize what you are learning about the documents through your review.



- **Quality control** lets you sample the review work product at any point to assess the quality of review decisions the team is making and to localize any problems by reviewer, custodian, document type, or other metadata field so that the problems can be corrected surgically without re-review.

- **Tag Predictions with DISCO AI Technology:** DISCO's tag predictions work within the flow of normal document review. As you work, DISCO gives multiple coding recommendations for the document, predicting tags that are most likely relevant to the text. Furthermore, the software also scores tags that have been suggested or applied to the document on a -100 to 100 scale, showing predicted confidence and/or potential tagging errors.

    DISCO's advanced AI is designed to help attorneys throughout the course of discovery by applying continuous learning on multiple review decisions concurrently. There is no setup



or seed set creation required — just start your review. When the system has developed enough insight, it intuitively begins to display those recommendations to you in real-time.

DISCO's advanced AI gives precise predictions in a fraction of the time required for traditional review. As DISCO understands what is relevant to your review, it examines the document, taking into account the order, meaning of words, and sentence structure to arrive at intelligent insight as to whether the document is of substance to your review.



- **Full processing and analytics** to identify duplicates and near duplicates, normalize time zones, extract all metadata, recreate email conversations and parent-child relationships, and OCR and image documents up front for faster performance during review.



- **Search Term Reporting:** When negotiating search terms with the other side it can be difficult to know the scope or volume of documents (and their families) that any given search will return. Search term analysis resolves this issue by delivering a simple interface to cross-reference searches and see the result counts, family counts, and the **unique counts** of documents across terms. If you have received a set of search terms from the other side you can even drag and drop a .txt file containing terms straight into DISCO to save having to retype entries.



- **Inclusive email identification on incoming productions:** When only images are provided, most review platforms are not able to identify/extract email metadata, thread emails, or identify inclusive emails. Because the images may contain extraneous text, such as Bates stamps or email signature footers, it is difficult to determine whether one email is wholly included in another email. DISCO overcomes these problems by being able to process, identify, and extract metadata from email images even when that information is lacking in the load file. DISCO will even thread these emails and identify the inclusive ones for all email collections and productions, whether uploaded as natives or as images.



- With **metadata redactions**, reviewers can redact the metadata directly in the Doc Viewer when they are reviewing documents. This ensures that these metadata fields are automatically redacted in the load file generated upon production, reducing risk and effort in manually scrubbing the load file at the end.

- **Native Excel Viewer.** Speed up your review of excels!. Now review your excels as you normally would in excel, search for hidden formulas and easily produce them natively as well.



- **Searchable audit histories** for each document let you quickly find documents tagged by specific people between certain dates.

- Case teams can use **exhibit sets** to collect documents for depositions, motions, or trial. DISCO automatically numbers and labels exhibits, allows you to add titles and descriptions for cover sheets, include or exclude attachments, and output collated exhibits with an automatically generated index of exhibits ready for printing or efiling.

- DISCO offers high-quality, efficient **AI managed reviews.** We leverage our powerful software, advanced AI technology, and expertise with the DISCO platform to speed up

- **DISCO's professional services team** functions as an extension of your own team throughout all stages of the discovery process. Our team includes former practitioners, expert consultants from leading ediscovery providers, forensic experts, and technical experts who can assist with any custom technical requirements.

- DISCO's **client success resources** include free technical support — 24/7, 7 days a week — via email, phone, chat, or online help center, and free weekly training webinars.



## Performance Impacts

DISCO's performance impacts the legal team's efforts in several positive ways, including overall cost, user experience, and ability to move data faster from processing through production.

**1. Cost Impacts:** DISCO begins saving you money by basing its monthly charge on the volume of data you send to us. Most of our competitors will unpack your data, process it, then charge you processing fees and hosting fees on the larger processed size of the data. If you then produce from your database, most competitors will additionally charge you for the data size of your produced images. **DISCO does not charge on the larger processed size of your data**, for production images, or other data formats that might arise from your original data over the course of your case. For example, if you send us 500 GB of data consisting of PST files that, after processing, balloons to a size of 750 GB, we will only charge you for the 500 GB you sent to us, not the 750 GB. If you later produce 100 GB of produced images to opposing counsel, your database size will expand to 850 GB, but again, DISCO only charges for the 500, not the 850.

DISCO's performance results in customers reporting significantly reduced costs. When compared to legacy providers on an "apples-to-apples" basis, our customers realize an overall **cost savings of 20–30%** over the life of the database. By charging a single flat fee on the pre-processed size for all database tasks — processing, loading, analytics, users, printing, production, and predictive technology — we keep the price predictable while eliminating extra, up-front, or a la carte charges that typically balloon the cost of traditional ediscovery solutions.

**Cost savings in DISCO magnify even further when considering the time that reviewers actually spend in the database, reviewing documents.** This is arguably one of the most expensive, if not the single most expensive component of the discovery exercise in almost all cases. Third-party research indicates that a typical user in legacy platforms such as Relativity will spend over 40 minutes out of an 8-hour day waiting for documents to load or pages to load in the document viewer. This amounts to almost 10% of *each* reviewer's day when the reviewer is unproductive. If your review team is 30 reviewers strong, that equates to 20 hours *each* day when your team is unproductive. Depending on the hourly rate, this unproductive time becomes expensive quickly.

**2. User Experience Impacts:** DISCO's performance also leads to a superior user experience. The speed in which DISCO loads documents and pages in the document viewer results in less distractions and a more-engaged document review team. This leads to a faster review — third parties report a **20–25% faster review** throughput on DISCO by their review teams over legacy platforms. Legacy platforms have latency issues that often lead to reduced productivity, boredom, multi-tasking on unrelated matters, and apathy that can adversely impact the case if key documents are overlooked.



DISCO's intuitive design, focused on the legal team's needs, also improves the user experience through reduced training time, more autonomy over the case, and reduced frustration with confusing and byzantine software menus or search syntax.

**3. Data Loading & Production Speeds:** DISCO leverages a wealth of next-generation technologies within Amazon Web Services to offer both ingestion and production speeds that are second to none. Ingestion performance can be further accelerated for time sensitive matters when needed to expedite the time-to-review. Productions can be created directly by DISCO users if desired directly within the core DISCO application, without having to wait on your discovery or managed services vendor. These productions are rapidly processed and then available for download by the DISCO user.

## AI Managed Review

DISCO offers efficient, high-quality **AI managed reviews.** We leverage our powerful software, advanced AI technology, and expertise with the DISCO platform to speed up review times, enhance accuracy, and control project costs. We hire experienced US-based team leads and contract reviewers from our extensive network of seasoned DISCO power users, which cuts down on onboarding time. Our leadership team has dozens of years of experience with complex, high-stakes managed reviews—from multinational FCPA investigations to US HSR second requests. By dealing with a single-source provider, you sign one contract, receive one invoice, and interact with one point of contact for your project.

## Professional Services

**Implementation:** DISCO offers end-to-end consulting services for optimizing the rollout of DISCO throughout your organization — whether you are transitioning from another ediscovery platform or establishing an organization-wide ediscovery program for the first time. DISCO's implementation team can provide as much or as little guidance as your organization needs, from taking the lead on a full-firm rollout to providing ad-hoc consulting.

**Forensic Services:** DISCO offers a complete suite of forensic services, which includes forensic preservation, collection, analysis, and consultation, all performed by experienced Certified Forensic Examiners using defensible processes and methods. All data transfers are encrypted to ensure data integrity. Collected data can be loaded directly into your DISCO review platform, removing unnecessary delays and allowing you to start reviewing documents quickly.

**Project Management:** From case kick off to close out, our team of project managers is prepared to plan, set up, and manage your case based on your custom requirements. Made up of former practicing attorneys and expert consultants from leading ediscovery service companies, our project managers are equipped to help you with every stage of the discovery process, from



project planning and setting milestones to implementing artificial intelligence workflows and running productions.

**Data Operation Services:** Data handling, management, and processing are our core strengths. Whether your case requires data collection, complex data migration, data culling, uncommon or unique data types, or the creation of custom scripts, DISCO's data operations team has the expertise to resolve your issue. Whether you send the data directly to us, or whether our team remotely accesses your data storage systems, we offer repeatable and defensible processes, so spoliation is never an issue.

**Ediscovery Consultants:** DISCO's ediscovery consultants help you diagnose and resolve gaps or inefficiencies in your processes, whether by helping you find the right tech stack for your litigation profile, refining your document collection and retention policies, or training your internal teams. Our consultants come from AmLaw 20 law firms, leading ediscovery providers, and the world's top corporations, where they worked on cutting-edge issues in ediscovery across the EDRM lifecycle.

### *Flat-Fee Package Pricing for Professional Services Client Success*

DISCO offers monthly flat-rate, pre-paid packages for data services and project management, based on your expected case size and service consumption. DISCO will pick the monthly service package that best fits your needs giving you the cost-certainty needed to finally be able to budget your legal spend for the life of your project. As your needs grow just move to the next size package to continue to get world-class support from our team of experts.

- S  $1,200/month
- M  $2,300/month
- L  $5,600/month
- XL  $11,000/month

## Client Success

**Technical Support:** DISCO provides free technical support via phone, live chat, or email 24/7, every day of the year. If you prefer to find answers on your own, you can access our full library of training materials and knowledge base to gain valuable insights and answers to all your technical questions.

**Training:** DISCO provides weekly training webinars free of charge. DISCO also offers personalized training, both onsite and online.



# DISCO Pricing

## Data Collection

To properly search the data set, it will first need to be collected from Azure then ingested into DISCO Ediscovery for searching. Collection costs vary depending on number of data sources being collected and whether or not the collection can be done remotely. Therefore, DISCO is providing cost estimates for the following scenarios:

- Scenario **1** - Onsite collection
    - 22 Servers in Azure x 4hrs/server x $350/hr = $30,800.00
- Scenario 1 - Remote collection
    - 22 Servers in Azure x 2hrs/server x $350/hr = $15,400.00

Data handling time: Once the data has been collected, DISCO Professional Services will need to open each forensic images and export PSTs for individual custodians. It is estimated this will cost:

- Opening forensic images: 11 hours @ $350/hr = $3,850.00
- Exporting PSTs for 150 custodians: 15 hours @ $350/hr = $5,200.00

Data Operations and Project Management time: Due to the nature of the data, DISCO Data Operations might be required to further stage the data or remediate exceptions. Therefore we are going to estimate an additional 40 hours of project management time that can be used over the life of the case.

- PM / DO hours: 40 hours @ $250.00 = $10,000.00

## DISCO ECA

DISCO Early Case Assessment allows for full search capability but limited tags for data promotion to active review and data deletion. The only costs associated with DISCO ECA are a one-time $20 per GB processing fee and a $5/GB/month hosting fee after three full months of free hosting for each individual ingest.

- $20 x 13,000 GB = $260,000

## DISCO Review

Active review rate is $20/GB/month

Assuming 500GB is promoted to active review in month 2, you can expect a monthly fee of about $10,000/month for the remaining 11 months in the year.

No additional charges for: early case assessment, culling, hosted review platform, processing, productions, OCR, users, imaging, AI, or analytics.



Per-GB pricing is based on pre-expanded data size. Expansion due to processing, imaging, indexes, productions, etc. do not add to the billable data size.

Our transactional plan is designed to provide simple, transparent pricing on a per-case basis. Invoices can be sent to the firm or directly to the client, based on billing preference. Monthly minimum of $250/month per matter.

A la carte project management services are available at $250 per hour.

Managed Review Project Management services available at $250/hour (20–25 hours per week, administration of DISCO platform, review workflow, client communications, etc.)

Managed Review Team Leads available at $75 per hour (100% on-site supervision on the substance of the review, also performs quality control).

Contract Reviewers are available at $60 per hour (US-licensed attorneys).

Total Project Estimate = $404,550 - $419,950

**Thank you for your consideration.**

**Robert Heston**
Regional Sales Executive, Houston
heston@csdisco.com
(281) 685-2473