IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jose Antonio Arochi, | * | |
| | * | |
| Plaintiff/Cross-Defendant | * | |
| | * | |
| v. | * | Case No. 1:18-cv-02266 APM |
| | * | |
| Novak Druce Connolly Bove | * | |
| & Quigg, LLP *et al.,* | * | |
| | * | |
| | * | |
| Defendants/Cross-Plaintiffs. | * | |
| _____ | * | |

**ORDER GRANTING VOLUNTARY DISMISSAL OF
PLAINTIFF'S CLAIMS AGAINST DEFENDANT POLSINELLI PC**

Upon consideration of the motion of Plaintiff for voluntary dismissal of Plaintiff's claims against Polsinelli PC, Polsinelli's consent thereto, it is

**ORDERED:** That the motion is GRANTED; and it is

**FURTHER ORDERED:** That Plaintiff's claims against Polsinelli PC are dismissed with prejudice. Plaintiff and Polsinelli PC will bear their own costs and fees.

_____   _____
Date                                              Amit P. Mehta
                                                        United States District Judge