IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ANTONIO AROCHI, )<br>)<br>    Plaintiff/Cross-Defendant, )<br>)<br>v. )<br>)<br>NOVAK DRUCE CONNOLLY BOVE )<br>& QUIGG, LLP, *ET AL.,* )<br>)<br>    Defendants/Cross-Plaintiffs. )<br>) | Case No. 1:18-cv-02266 APM |

**[CORRECTED]¹ AGREED MOTION TO MODIFY SCHEDULING ORDER
AND EXTEND DEADLINES FOR FILINGS**

COME NOW the Defendants in the above-entitled matter and move pursuant to Fed. R. Civ. P 6(b)(1) for an order modifying the Scheduling Order issued May 1, 2023 (Dkt. No.122) to extend the deadlines for filing motions related to Summary Judgment, and for good cause shown, and as agreed by the Parties as follows:

> From May 25, 2023 to June 9, 2023—Defendants' Response and Cross-Motion
>
> From June 30, 2023 to July 24, 2023—Plaintiff's Reply and Response
>
> From August 7, 2023 to August 24, 2023- Defendants' Reply.

Defendants seek this modification to the Scheduling Order as a result of the discussion and agreement of the Parties and the complexities involved in coordinating both the schedules and responses of 5 separate Defendants to Plaintiff's Motion for Summary Judgment. Defendants have discussed this modification to the Scheduling Order with counsel for Plaintiff, and Plaintiff has agreed. Defendants do not seek this modification in order to cause any undue delay to the proceedings, but in order that justice may be served. This is Defendants' second request to modify the Summary Judgment Scheduling Order.

---

[1] The originally-filed Proposed Order had an incorrect date of June 5, 2023 for Defendants' Response and Cross-Motion instead of the agreed-upon date of June 9, 2023. That has been corrected in the Proposed Order submitted herewith.

WHEREFORE, Defendants hereby request that this Motion be granted.

<u>CERTIFICATE OF GOOD FAITH EFFORT UNDER LOCAL RULE 7(m)</u>

Prior to filing this motion, Defendants requested Plaintiff to confer and consent as required by Rule 7(m). Plaintiff has agreed to this Motion.

Dated: May 17, 2023                              Respectfully submitted,

/s/ Taras A. Gracey
Taras A. Gracey for Burton A. Amernick
  and Novak Druce Connolly Bove & Quigg LLP
150 N. Riverside Plaza
Suite 3000
Chicago, IL 60606
tgracey@polsinelli.com

/s/ Tracy W. Druce
Tracy W. Druce
Novak Druce Carroll LLP
845 Texas Street, Ste 4040
Houston, TX 77002
tracy.druce@novakdruce.com

/s/ Gregory V. Novak
Gregory V. Novak
Novak Druce Carroll LLP
845 Texas Street, Ste 4040
Houston, TX 77002
gnovak@polsinelli.com

/s/ Melvin A. Todd
Melvin A. Todd
Polsinelli PC
1000 Louisiana Street
Suite 6400
Houston, TX 77002
mtodd@polsinelli.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the foregoing Motion was served electronically on this 17th day of May, 2023 to:

>John M. Clifford
>Clifford & Garde LLP
>1828 L St., NW
>Suite 500
>Washington, DC 20036
>jclifford@cliffordgarde.com
>
>C. Michael Tarone
>Tarone Law Firm
>1828 L Street, NW
>Suite 500
>Washington, DC 20006
>cmtaronelaw@hotmail.com
>
>Elizabeth Torphy-Donzella
>Alexander I. Castelli
>SHAWE ROSENTHAL LLP
>One South Street, Suite 1800
>Baltimore, Maryland 21202
>etd@shawe.com
>aic@shawe.com

> /s/ Taras A. Gracey
>Taras A. Gracey
>150 N. Riverside Plaza
>Suite 3000
>Chicago, IL 60606
>tgracey@polsinelli.com